**Gerard DEWERD**

v.

**Frank WISE and Gladys Wise, Appellants.**

**No. 15537.**

United States Court of Appeals
Third Circuit.

Argued Nov. 16, 1965.

Decided Jan. 17, 1966.

George H. T. Dudley, Charlotte Amalie, St. Thomas, V. I., for appellants.

Thomas D. Ireland, St. Thomas, V. I. (Maas & Ireland, St. Thomas, V. I., on the brief), for appellee.

Before KALODNER, Chief Judge, and McLAUGHLIN and SMITH, Circuit Judges.

PER CURIAM.

On review of the record we find no error. The judgment of the District Court will be affirmed.

Mark S. Rothman, U. S. Department of Justice, Tax Division, Washington, D. C. (Richard M. Roberts, Acting Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attorneys, Department of Justice, Washington, D. C., on the brief), for respondent.

Before McLAUGHLIN, HASTIE and SMITH, Circuit Judges.

PER CURIAM.

The sole issue remaining in this tax case is whether in the years 1958 and 1959 taxpayer's contention that he was engaged in the business of farming is correct.

The Tax Court, on substantial evidence in the whole case, found as a fact that in the years 1958 and 1959, taxpayer did not operate his farm on a commercial basis for profit. Consequently the expenses and losses sustained by his farm during that period were held not deductible under Section 165 of the Internal Revenue Code of 1954.

The decision of the Tax Court will be affirmed.

**Alfred M. COX and Helen B. Cox, Petitioners,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Respondent.**

**No. 15419.**

United States Court of Appeals
Third Circuit.

Argued Dec. 16, 1965.

Decided Jan. 25, 1966.

Steven A. Stepanian, II, Pittsburgh, Pa. (Sidney B. Gambill, Pittsburgh, Pa., William L. Jacob, Pittsburgh, Pa., Reed, Smith, Shaw & McClay, Pittsburgh, Pa., on the brief), for petitioners.

**Calvin G. BARNHART, Appellee,**

v.

**AMERICAN OIL COMPANY, a corporation, Appellant.**

**No. 10129.**

United States Court of Appeals
Fourth Circuit.

Argued Jan. 3, 1966.

Decided Jan. 10, 1966.

Joseph A. Gawrys, Norfolk, Va. (Hugh S. Meredith and Vandeventer, Black,

Meredith & Martin, Norfolk, Va., on brief), for appellant.

Ralph T. Baker and William McL. Ferguson, Newport News, Va., for appellee.

Before BOREMAN and J. SPENCER BELL, Circuit Judges, and BUTLER, District Judge.

PER CURIAM:

Upon consideration of the record, briefs and oral argument of counsel, we affirm on the opinion of the District Court.[1]

Affirmed.

---

Anne S. COOPER, Appellant,

v.

The EQUITABLE LIFE ASSURANCE SOCIETY OF the UNITED STATES, Appellee.

No. 22086.

United States Court of Appeals
Fifth Circuit.

Jan. 20, 1966.

Robert L. Trohn, Lakeland, Fla., D. A. Troiano, Troiano & Roberts, Lakeland, Fla., for appellant.

Thomas C. MacDonald, Jr., Tampa, Fla., David G. Hanlon, Tampa, Fla., Shackleford, Farrior, Stallings, Glos & Evans, Tampa, Fla., of counsel, for appellee.

Before TUTTLE, Chief Judge, WISDOM, Circuit Judge, and FISHER, District Judge.

PER CURIAM:

This is a fact case in which, jury being waived, the court resolved all disputed issues in favor of the appellee. We find no error in the findings and conclusions of the trial court. There the matter ends.

The judgment is affirmed.

---

FRANK MOTOR HOMES, INC.,
Plaintiff-Appellee,

v.

UNITED STATES of America,
Defendant-Appellant.

No. 16326.

United States Court of Appeals
Sixth Circuit.

Dec. 9, 1965.

Fred E. Youngman, Dept. of Justice, Washington, D. C., Louis F. Oberdorfer, Asst. Atty. Gen., Lee A. Jackson, David O. Walter, Attys., Dept. of Justice, Washington, D. C., on brief; Lawrence Gubow, U. S. Atty., Robert F. Ritzenhein, Asst. U. S. Atty., Detroit, Mich., of counsel, for appellant.

Brian Sullivan, Detroit, Mich., Ronald K. Dalby, Detroit, Mich., on brief; Dykema, Wheat, Spencer, Goodnow & Trigg, Detroit, Mich., of counsel, for appellee.

Before WEICK, Chief Judge, and PHILLIPS and EDWARDS, Circuit Judges.

ORDER

On appeal from the judgment of the United States District Court for the Eastern District of Michigan, it is hereby ordered that the judgment be affirmed on the opinion of Chief Judge Levin. Frank Motor Homes, Inc. v. United States of America, 230 F.Supp. 782 (E.D.Mich.1964).

---

1. Barnhart v. American Oil Company, D. C., 237 F.Supp. 492.